**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JOHN WAYNE HALBROOK
ADC #89420                                                                                                                                                PLAINTIFF

v.                   CASE NO. 5:12CV00114 BSM/JJV

WENDY KELLEY, Deputy Assistant Director,
Arkansas Department of Correction et al.                              DEFENDANTS

**ORDER**

The proposed findings and recommended partial dispositions submitted by United States Magistrate Judge Joe J. Volpe [Doc. Nos. 16, 19] have been reviewed. No objections have been filed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial dispositions should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff John Wayne Halbrook's motion for preliminary injunction [Doc. No. 13] is denied.

2. Halbrook's claims for monetary relief against the defendants in their official capacity are dismissed with prejudice.

Dated this 17th day of December 2012.

                                                                                                                            _____
                                                                                                                         UNITED STATES DISTRICT JUDGE