# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**JOHN WAYNE HALBROOK**                                                                **PLAINTIFF**

**v.**                                  **CASE NO. 5:12CV00114 BSM**

**WENDY KELLEY et al.**                                                                **DEFENDANTS**

## ORDER

The partial recommended disposition and proposed findings filed by Magistrate Judge Joe J. Volpe have been reviewed. No objections have been filed. After careful consideration, the partial recommended disposition should be, and hereby is, approved and adopted in all respects.

Accordingly, plaintiff's claims against Dr. Ifediora are dismissed without prejudice and Dr. Ifediora is dismissed as a defendant in this matter.

IT IS SO ORDERED this 27th day of September 2013.

_____
UNITED STATES DISTRICT JUDGE