IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHN WAYNE HALBROOK,
ADC # 89420                                                                                                        PLAINTIFF

v.                        CASE NO. 5:12CV00114 BSM

WENDY KELLEY, Deputy Assistant Director,
Arkansas Department of Correction, et al.                          DEFENDANTS

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Joe J. Volpe have been receieved, along with the objections thereto. After carefully considering the objections and making a *de novo* review of the record in this case, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Defendants' motions for summary judgment [Doc. Nos. 44, 47] are granted;

2. This case is dismissed with prejudice;

3. It is further certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order would not be taken in good faith.

DATED this 7th day of July 2014.

                                                                                                   _____
                                                                                      UNITED STATES DISTRICT JUDGE